UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JODY CRUZ, MICHELLE ROBICHAUX, BRETT PLOWFIELD, ALEXIS VASTARDIS, and ANNA RINALDI, individually and on behalf of all others similarly situated,<br><br>                              Plaintiffs,<br><br>            -against-<br><br>PROGENESIS, INC.,<br><br>                           Defendants. | 26-mc-98 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

    The Court has received defendant's motions to quash the subpoenas served on non-parties Maven Clinic Co. and Progyny, Inc. Dkts. 1 and 4. Defendant shall serve plaintiffs with those motions and their supporting materials. Plaintiffs shall respond to those motions within 14 days of the date of this order, or within fourteen days of the date of service, whichever is later. Defendant may reply within seven days of plaintiffs' response.

        SO ORDERED.

Dated: March 9, 2026
       New York, New York

                                     _____
                                       ARUN SUBRAMANIAN
                                       United States District Judge